*Mr. Schuyler C. Woodhull, Mr. Samuel W. Beldon* and *Mr. David J. Pancoast,* for the appellant.

*Mr. John F. Harned* and *Mr. Joseph H. Gaskill,* for the respondent.

PER CURIAM.

The decree appealed from is affirmed, for the reasons given in the court of chancery.

*For affirmance*—DIXON, GARRISON, FORT, GARRETSON, PITNEY, SWAYZE, REED, BOGERT, VREDENBURGH, VOORHEES, VROOM, GREEN, GRAY—13.

*For reversal*—None.

---

RICHARD DeGRAY,* appellant,

*v.*

MONMOUTH BEACH CLUB HOUSE COMPANY et al., respondents.

[Decided February 26th, 1894.]

On appeal from a decree advised by Vice-Chancellor Green, whose opinion is reported in *50 N. J. Eq. (5 Dick.) 329.*

*Messrs. Cortlandt & R. Wayne Parker,* for the appellant.

*Mr. Edward Q. Keasbey* and *Mr. Anthony Q. Keasbey,* for the respondents.

---

* This case was omitted from its proper place.—REP.

PER CURIAM.

Decree affirmed, for the reasons given in the court of chancery.

*For affirmance*—ABBETT, DEPUE, DIXON, GARRISON, LIPPINCOTT, REED, VAN SYCKEL, BOGERT, SMITH—9.

*For reversal*—None.